UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG F. NADERI,<br>        Plaintiff,<br>   v.<br>SOPHOS INC.,<br>        Defendant. | Case No. 15-cv-04006-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 11)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 15, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | May 9, 2016 |
| Dispositive Motions Filing Deadline | June 6, 2016 |
| Dispositive Motions Hearing | July 12, 2016 at 10:00 AM |
| Designation of Experts | August 15, 2016 |
| Rebuttal Designation of Experts | August 29, 2016 |

---

[1] *See* Docket No. 11.

Case No. 15-cv-04006-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| Expert Discovery Cut-Off | September 26, 2016 |
| Pre-Trial Conference | October 4, 2016 at 10:00 AM |
| Jury Trial | October 31, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: October 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge