```
Tyler A. Brown (State Bar No. 121350)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
Email:       brownt@jacksonlewis.com
Attorneys for Defendant SOPHOS INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG F. NADERI,<br><br>      Plaintiff,<br><br>vs.<br><br>SOPHOS INC., and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 5:15-CV-04006-PSG<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF FOURTH CAUSE OF ACTION**<br><br>State Complaint Filed: 7/27/2015<br>Removal Filed: Removal Filed: 9/2/15<br>Trial Date:  None Set |

Counsel for Plaintiff and Defendant stipulate that Plaintiff's Fourth Cause of Action for Breach of Verbal and Oral Contract is hereby dismissed with prejudice, each side to bear its own fees and costs. The parties further stipulate that paragraph eight (8) of the Prayer is hereby stricken.

Dated: June 14, 2016              JACKSON LEWIS P.C.

                                  By:   */s/ Tyler A. Brown*
                                        Tyler A. Brown
                                        Attorneys for Defendant
                                        SOPHOS INC.

Dated: June 14, 2016              LAW OFFICES OF RICHARD N. KOSS

Dated: 6/16/16  IT IS SO ORDERED  By:   */s/ Richard N. Koss*
/s/ Joseph C. Spero                     Richard N. Koss
Chief Magistrate Judge                  Attorneys for Plaintiff
                                        GREG F. NADERI

1

JOINT CASE MANAGEMENT STATEMENT                 Case No. 5:15-CV-04006-PSG